IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY LULL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:20-cv-1261 |
| | ) |
| GREENVILLE TECHNOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR DAMAGES**

Plaintiff, Jeffrey Lull, for his Complaint against Defendant, Greenville Technology, states the following:

**I. Parties**

1. Plaintiff is a resident of Madison County, Indiana.

2. Defendant is a business located in Madison County, Indiana.

**II. Jurisdiction and Venue**

3. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce his rights under the FLSA.

4. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

5. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue Defendant doing business in this District.

### III. Factual Allegations

6. Plaintiff began working for Defendant on March 26, 2018.

7. Plaintiff was an hourly employee of Defendant.

8. The final hourly rate Defendant paid Plaintiff $19.79 per hour.

9. Defendant paid Plaintiff on a bi-weekly basis.

10. Plaintiff worked for Defendant as a Quality Tech.

11. Plaintiff worked regular hours for which he was not paid.

12. Plaintiff worked overtime hours for which he was not paid.

13. Plaintiff complained to management about not being paid for all of the time that he worked which included overtime hours.

14. Defendant terminated Plaintiff's employment.

15. Defendant terminated Plaintiff on January 29, 2020.

16. Defendant terminated Plaintiff in retaliation for complaining about the non-payment of time worked including overtime hours.

17. Counsel for Plaintiff has requested that the Indiana Department of Labor in conjunction with the Indiana Attorney General's Office refer the wage claim of Plaintiff to counsel for Plaintiff for prosecution.

### III. Cause of Action

#### Count I
#### Failure to Wages
#### Pursuant to the Wage Claims Statute, Ind. Code §22-2-5 *et. seq.*

18. Plaintiff incorporates paragraphs 1 through 17 by reference herein.

19. Plaintiff was an employee of Defendant pursuant to the Wage Claims Statute.

20. Plaintiff worked regular hours for Defendant that Defendant has not paid Plaintiff.

21. Defendant did not have a good faith reason for failing to pay Plaintiff all of his regular hours worked.

22. Defendant failed to pay Plaintiff his wages in the correct amount.

23. Defendant failed to pay Plaintiff his wages in a timely fashion.

24. Plaintiff has been damaged by Defendant's violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## Count II
## Failure to Pay Overtime Wages
## Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

25. Plaintiff incorporates paragraphs 1 through 24 by reference herein.

26. Plaintiff was an employee of Defendant pursuant to the FLSA.

27. Plaintiff's work for Defendant involved interstate commerce.

28. Defendant is an employer pursuant to the FLSA.

29. Defendant had gross revenues of at least $500,000.00 for the 2017 calendar year.

30. Defendant had gross revenues of at least $500,000.00 for the 2018 calendar year.

31. Defendant willfully failed to properly pay all overtime hours worked by Plaintiff.

32. Defendant willfully failed to property pay all overtime wages earned by Plaintiff.

33. Defendant's violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## Count III
### Retaliation - Wrongful Termination
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

34. Plaintiff incorporates paragraphs 1 through 33 by reference herein.

35. Plaintiff complained to management about working time for which he was not paid including overtime hours.

36. Defendant fired Plaintiff for complaining about not being paid all of his time worked including overtime hours.

37. Defendant's termination of Plaintiff violates the FLSA.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, special and punitive damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### IV.     Jury Demand

38.     Plaintiff incorporates paragraphs 1 through 37 by reference herein.

39.     Plaintiff demands a trial by jury.

                                              Respectfully submitted,

                                              WELDY LAW

                                              /s/Ronald E. Weldy
                                              Ronald E. Weldy, #22571-49
                                              Counsel for Plaintiff,
                                              Jeffrey Lull

Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
Fax: (317) 288-4013
E-mail: rweldy@weldylegal.com